1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| MICHAEL J. WILLIAMS, | 1:10-cv-01793 AWI GSA |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | (Document 2) |
| JAY EDWARD CERNY, dba LOS OLIVOS CML, Inc., CCOW dba County Bank of Merced, MATT PEREZ dba Argo Equities, | |
| Defendants. | |

19        By application filed on September 30, 2010, Plaintiff has requested leave to proceed in

20  forma pauperis pursuant to Title 28 of the United States Code section 1915.  Plaintiff has

21  submitted an application that makes the showing required by section 1915 (a).  Accordingly, the

22  request to proceed in forma pauperis IS GRANTED.  28 U.S.C. § 1915 (a).

23
24        IT IS SO ORDERED.

25  **Dated:    November 9, 2010**              _____ **/s/ Gary S. Austin** _____
                                               UNITED STATES MAGISTRATE JUDGE
26
27
28                                        1